

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Mccaleb Henry POSEY (D1),<br>    and<br>Ashley Hayley FIGUEROA (D2),<br><br>    Defendants. | Magistrate Case No. '21 MJ3430<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8 U.S.C. Section 1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about August 19, 2021, within the Southern District of California, Defendants Mccaleb Henry POSEY and Ashley Hayley FIGUEROA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said aliens, namely, Eustolia VAZQUEZ-Ortiz and Paulina PINZON-Rivera, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainants' states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 20th of August 2021.

HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

The complainant states that Eustolia VAZQUEZ-Oritz and Paulina PINZON-Rivera are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimonies are material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 19, 2021, at approximately 6:50 A.M., Mccaleb Henry POSEY (D1), a United States citizen, applied for entry into the United States from Mexico at the San Ysdiro, California Port of Entry vehicle primary lanes as the driver of a 2007 Mitsubishi Eclipse bearing California license plates. Also in the vehicle was a female front passenger, Ashley Hayley FIGUEROA (D2). During the primary inspection, the United States Customs and Border Protection (CBP) Officer asked the Defendants where they were going and what they were bringing from Mexico. D1 stated they were going to Los Angeles, California and gave two negative customs declarations.

During the CBP Officer's inspection, the Officer noticed D1 was avoiding eye contact during routine questioning. The CBP Officer conducted an inspection of the vehicle and observed a person hidden inside the convertible top storage compartment. The CBP Officer requested assistance and other Officers responded. D1 and D2 were secured, escorted to the Security Office for further inspection, and the vehicle was driven to the vehicle secondary inspection lot. Two individuals were discovered and later identified as Eustolia VAZQUEZ-Oritz (MW1) and Paulina PINZON-Rivera (MW2), determined to be citizens of Mexico without documents to enter the United States and are now held as Material Witnesses (MW).

During a videotaped interview, Defendant stated he and D2 were going to get paid $7,000 U.S dollars to smuggle undocumented aliens upon successful entry into the United States. Defendant stated they needed the money to pay for D2's college tuition. Defendant stated D2 was to receive a phone call for further instructions on where to drop off the undocumented aliens.

During a videotaped interview, MW1 admitted to being a citizen of Mexico with no documents to lawfully enter or reside in the United States. MW1 stated she made the smuggling arrangement herself and was going to pay $10,000 U.S. dollars upon successful entry into the United States. MW1 stated she intended to travel to Tennessee to seek employment.

During a videotaped interview, MW2 admitted to being a citizen of Mexico with no documents to lawfully enter or reside in the United States. MW2 stated her friend in the United States made the smuggling arrangement and was going to pay an unknown amount upon successful entry into the United States. MW2 stated she intended to travel to Santa Maria, California to seek employment.